IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK CHERFILS,
    Plaintiff,

vs.                                    CASE NO.:  3:07cv391/MCR/MD

SGT. JONES, et al.,
    Defendants.
                                    /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 2, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

DONE AND ORDERED this 25th day of March, 2008.

                                        s/ *M. Casey Rodgers*
                                        M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE